Slip Op. 02 - 122

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORMER EMPLOYEES OF INTEX : <br><br> Plaintiff, : <br><br> v. : <br><br> UNITED STATES DEPARTMENT : <br> OF LABOR : <br><br> Defendant. : | **Before: MUSGRAVE, JUDGE** <br><br> Court No. 01-00617 |

**JUDGMENT**

Upon consideration of *pro se* Plaintiffs' failure to prosecute this action with due diligence in accordance with the Scheduling Order entered by the Court on August 15, 2002, and Plaintiffs' failure to respond to the Court's Order to Show Cause why this action should not be dismissed, it is hereby **ORDERED** that this action is dismissed for lack of prosecution pursuant to Rule 41(b)(3) of the Rules of this Court.

_____
R. KENTON MUSGRAVE, JUDGE

Dated:  October 16, 2002
        New York, New York